UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CIVIL ACTION NO. 12-cv-539-TSB-JGW

**TONYA WINANS**                                                  **PLAINTIFF**

**v.**

**MICHAEL J. ASTRUE,**                               **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

### ORDER

Before the Court is a stipulation to extend the time for defendant to respond to plaintiff's complaint, filed jointly by plaintiff and defendant. Doc. 7. The parties wish to allow defendant an additional twenty-one days to do so. Accordingly,

It is **ORDERED**:

1. The stipulation to extend the time for defendant to respond to plaintiff's complaint [Doc. 7] is **granted**. Defendant shall respond on or before **NOVEMBER 12, 2012**.

This, the 22nd day of October, 2012.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge