UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TONYA WINANS,**  CASE NO. **1:12-cv-539**

    Plaintiff,  Judge Timothy S. Black
  Magistrate Judge J. Gregory Wehrman

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc 23) of the United States Magistrate Judge is **ADOPTED**; that the Commissioner's decision that Plaintiff is not disabled is **AFFIRMED**; that the Plaintiff's Objections (Doc. 25) are **OVERRULED**; and this case is **TERMINATED** on the docket of this Court.

Date: November 12, 2013  **JOHN P. HEHMAN, CLERK**

  By: *s/ M. Rogers*
  Deputy Clerk